UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA and MECHANICAL
DYNAMICS & ANALYSIS, LLC,

                        Plaintiffs,

v.                                             Civil No.

CONTINENTAL CASUALTY COMPANY

                                   **JURY TRIAL DEMANDED**

                      Defendant.

---

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9], and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

        American International Group, Inc.
        AIG Global Trade & Policy Risk
        AIG Life Insurance Company
        AIG Life Insurance Company of Canada
        AIG Life Insurance Company of Puerto Rico
        AIG Life Insurance Company (Switzerland)
        AIG Retirement Services Inc.
        Sun America Life Insurance Company
        AIG Sun America Life Assurance
        First SunAmerica Life Assurance
        AIU Insurance Company
        American General Corporation
        AGC Life Insurance Company
        AIG Annuity Insurance Company



RECEIVED DEC 06 2007 U.S.D.C. S.D.N.Y. CASHIERS

AIG Assurance Canada
American General Life & Accident
American General Life Insurance Company
Variable Annuity Life Insurance Company
American General Property Insurance
American General Property Insurance of Florida
United States Life Insurance of New York
American General Assurance Company
American General Indemnity Company
American General Finance Insurance
American General Finance Corp.
Merit Life Insurance Company
Yosemite Insurance Company
American Home Assurance Company
AIG Hawaii Insurance Company Inc.
American Pacific Insurance Company Inc.
American International Insurance Company
American International Insurance Company of California
American International Insurance Company of New Jersey
Minnesota Insurance Company
Transatlantic Holdings Inc.
Transatlantic Reinsurance Company
Putnam Reinsurance Company
Trans Re Zurich
American International Insurance Company of Delaware
American International Life Assurance of New York
American International Reinsurance Co. Ltd.
AIG Edison Life Insurance Company
American International Assurance of Bermuda
American International ASR Company of Australia
American International Assurance Company Ltd.
Nan Shan Life Insurance Company Ltd.
American International Underwriters Overseas
AIG Brasil Companhia Seguros
AIG Europe (Ireland) Limited
American International Insurance Company of Puerto Rico
La Meridional CIA A R De Seg SA
Landmark Insurance Company Ltd.
Seguridad De Centroamerica SA
American Life Insurance Company of Delaware
Unibanco AIG Seguros S.A.
Birmingham Fire Insurance Company of PA
China American Holding Company
China America Insurance Company Ltd.
Commerce and Industry Insurance Company
Commerce and Industry Insurance of California

Delaware American Life Insurance Company
HSB Group Inc.
Hartford Steam Boiler I&I
Hartford Steam Boiler I&I of Connecticut
Boiler Inspection & Insurance of Canada
HSB Engineering Insurance Ltd.
Insurance Company of the State of Pennsylvania
Landmark Insurance Company
American International Specialty Lines Insurance Company
Lexington Insurance Company
AIG Centennial Insurance Company
AIG Preferred Insurance Company
AIG Premier Insurance Company
AIG Indemnity Insurance Company
AIG Auto Insurance Company of New Jersey
JI Accident & Fire Insurance Company Ltd.
National Union Fire Insurance Company of Vermont
National Union Fire Insurance Company of Louisiana
Starr Excess Liability Insurance Ltd.
Starr Excess Liability Insurance International Ltd.
21 Century Insurance Group
21 Century Casualty Company
21 Century Insurance Company
21 Century Insurance Company Southwest
United Guaranty Corporation
United Guaranty Mortgage Insurance Company
United Guaranty Mortgage Insurance Company of North Carolina
United Guaranty Residential of North Carolina
United Guaranty Residential
United Guaranty Commercial Insurance Company of North Carolina
United Guaranty Credit Insurance Company
United Guaranty Mortgage Indemnity Company
NHIG Holding Corporation
Audubon Insurance Company
Audubon Indemnity Company
New Hampshire Insurance Company
AIG Europe S.A.
AIG Star Life Insurance Company Ltd.
American International Pacific Insurance Company
American International South Insurance Company
Granite State Insurance Company
Illinois National Insurance Company
New Hampshire Indemnity Company
AIG National Insurance Company Inc.
Philippine American Life & General Insurance
Pacific Union Assurance Company

Philam Insurance Company Inc.

Dated: December 6, 2007
       Buffalo, New York

> **HODGSON RUSS LLP**
> *Attorneys for National Union Fire Insurance Company of Pittsburgh, PA*
>
> _____
> Patrick M. Tomovic (No. PT4030)
> ~~Kevin D. Szczepanski (No. KS1599)~~
> ~~Ryan K. Cummings (No. RC5411)~~   Alba Alessandro (AA 0048)
> The Guaranty Building
> 140 Pearl Street, Suite 100
> Buffalo, New York 14202
> (716) 856-4000
>
> 60 East 42nd Street, 37th Floor
> New York, New York 10165-0150
> (212) 751-4300