**Hodgson Russ**
ATTORNEYS

Kevin D. Szczepanski
Direct Dial: 716.848.1485
Direct Facsimile: 716.819.4764
kds@hodgsonruss.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

March 10, 2008

MEMO ENDORSED

**Via Federal Express**

Honorable William H. Pauley, III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
3/14/08

Re:   *National Union Fire Insurance Co. of Pittsburgh, PA, et al., v.
      Continental Casualty Co.*
      Case No.: 07-CV-11073

The conference is adjourned to May 23, 2008 at 10:30 a.m.

Dear Judge Pauley:

We represent plaintiffs National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Mechanical Dynamics & Analysis, LLC ("MD&A") in the captioned matter and write regarding the initial pretrial conference scheduled for Friday March 14, 2008 at 10:00 a.m. Plaintiffs have not yet served defendant Continental Casualty Company ("Continental") with the initial Summons and Complaint because National Union recently obtained an assignment of rights from MD&A that will eliminate MD&A as a party to this action and add another party—Lexington Insurance Company ("Lexington")—as a plaintiff. Accordingly, National Union and Lexington are preparing an Amended Complaint that they intend to file and serve on Continental within the next 30 days.

In light of this development, plaintiffs respectfully request a 60-day adjournment of the initial pretrial conference so they may have time to file and serve their amended pleading and allow Continental to appear in this action. This is plaintiffs' first request for an adjournment.

Respectfully submitted,

Kevin D. Szczepanski

60 East 42nd Street • New York, New York 10165 • telephone 212.661.3535 • facsimile 212.972.1677
Albany • Boca Raton • Buffalo • Johnstown • New York • Palm Beach • Toronto • www.hodgsonruss.com

042941/00030 NYCDOCS2 449562v1