**United States District Court, Southern District of New York**

---

NATIONAL UNION FIRE INSURANCE COMPANY ) Index No.: 07-CV-11073
OF PITTSBURGH, PA )
)
)
       Plaintiff ) **AFFIDAVIT OF SERVICE**
     v. )
CONTINENTAL CASUALTY COMPANY )
)
)
       Defendant )

---

STATE OF ILLINOIS: COUNTY OF CHICAGO ss:

I, Daniel Dziedzic, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of ILLINOIS. That on APRIL 04, 2008 at 2:49 PM at C.N.A. PLAZA - 09 SOUTH, CHICAGO, IL 60685, deponent served the within AMENDED SUMMONS; AMENDED COMPLAINT; SUMMONS; COMPLAINT, RULE 7.1 STATEMENT on CONTINENTAL CASUALTY COMPANY therein named.

**CORPORATION/BUSINESS:** by delivering thereat a true copy of each to KRISTINE BULIAN personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the SR. PARALEGAL thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female Race/Skin: White Hair: Blonde Glasses: Yes Approx. Age: 40 Height: 5'6"
Weight: 255

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Continental Casualty Company.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

          *[signature]*
         Daniel Dziedzic
         Target Research LLC
         20 Vesey Street, PH
         New York, NY 10007
         (212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___10___ day of __April__, 2008.
_____ My Commission Expires:
Notary Public

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11