**United States District Court, Southern District of New York**

---

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | ) Index No.: 07-CV-11073 )  ) ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** ) |
| v. | ) |
| CONTINENTAL CASUALTY COMPANY | ) ) ) |
| Defendant | ) |

---

STATE OF New York: COUNTY OF New York     ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York. That on APRIL 03, 2008 at 3:30 PM at C/O NYS DEPT. OF INSURANCE, 25 BEAVER STREET, NY, NY, deponent served the within AMENDED SUMMONS; AMENDED COMPLAINT; SUMMONS; COMPLAINT, RULE 7.1 STATEMENT on CONTINENTAL CASUALTY COMPANY therein named.

**CORPORATION/BUSINESS:** by delivering thereat a true copy of each to CHARLENE NORRIS personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Black    Hair: Black    Glasses: Yes    Approx. Age: 45    Height: 5'4"    Weight: 135

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Continental Casualty Company.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Teddy Valcin_, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ____ 8th ____ day of ____ April ____, 2008.

_____
Notary Public

My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009