USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, individually and as an assignee
and subrogee of Mechanical Dynamics & Analysis,
LLC, and LEXINGTON INSURANCE COMPANY,
individually and as an assignee and subrogee of
Mechanical Dynamics & Analysis, LLC,

                       Plaintiffs,

v.

CONTINENTAL CASUALTY COMPANY,

                       Defendant.

**STIPULATION**

Civil No. 07-CV-11073 (WHP)
ECF CASE

---

IT IS HEREBY STIPULATED that the time for defendant CONTINENTAL CASUALTY COMPANY to appear and answer or move against the Summons or the Amended Complaint in this action be, and the same hereby is, extended to and including May 23, 2008.

IT IS HEREBY FURTHER STIPULATED that defendant CONTINENTAL CASUALTY COMPANY waives, and will not assert, any defense based upon personal jurisdiction or venue.

Dated: New York, New York
       May 1, 2008

_____
Kevin D. Szczepanski (KS 1599)
HODGSON RUSS LLP
Attorneys for Plaintiffs
140 Pearl Street, Suite 100
Buffalo, New York 14202
(716) 848-1485
kds@hodgsonruss.com

_____
Christopher R. Carroll (CC 0300)
CARROLL, MCNULTY & KULL LLC
Attorneys for Defendant Continental
Casualty Company
570 Lexington Avenue - Tenth Floor
New York, New York 10022
(212) 252-0004
ccarroll@cmk.com

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
5/9/08

042941/00030 NYCDOCS2 451705v1