UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
x------------------------------------------------------------------------x

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, individually and as an assignee
and subrogee of Mechanical Dynamics & Analysis, LLC,
and LEXINGTON INSURANCE COMPANY,
individually and as an assignee and subrogee of
Mechanical Dynamics & Analysis, LLC,

Case No. 07-CV-11073 (WHP)

ECF Case

**RULE 7.1 STATEMENT**

Plaintiffs,

-against-

CONTINENTAL CASUALTY COMPANY,

Defendant.

x------------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Continental Casualty Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

CONTINENTAL CASUALTY COMPANY

Loews Corporation is a United States corporation incorporated in the state of Delaware. Loews Corporation is the holding company of subsidiary CNA Financial Corporation. CNA Financial Corporation is a United States corporation incorporated in the state of Delaware and is a publicly held company traded on the New York Stock Exchange under the ticker symbol "CNA." Continental Casualty Company is a subsidiary of CNA Financial Corporation.

Dated: New York, New York
May 23, 2008

CARROLL MCNULTY & KULL LLC

_____
BY: Christopher R. Carroll (CC 0300)
Attorneys for Defendant Continental
    Casualty Company
570 Lexington Avenue – Tenth Floor
New York, New York  10022
(212) 252-0004
ccarroll@cmk.com