UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
x------------------------------------------------------------------x

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, individually and as an assignee
and subrogee of Mechanical Dynamics & Analysis, LLC,
and LEXINGTON INSURANCE COMPANY,
individually and as an assignee and subrogee of
Mechanical Dynamics & Analysis, LLC,

Case No. 07-CV-11073 (WHP)

ECF Case

**NOTICE OF APPEARANCE**

Plaintiffs,

-against-

CONTINENTAL CASUALTY COMPANY,

Defendant.
x------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Continental Casualty Company, together with Eileen de Callies, Esq., by and through the law offices of Carroll, McNulty & Kull LLC, attorneys of record for Continental.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 23, 2008

Respectfully Submitted,

CARROLL MCNULTY & KULL LLC

_____
BY:  Christopher R. Carroll (CC 0300)
Attorneys for Defendant Continental
   Casualty Company
570 Lexington Avenue – Tenth Floor
New York, New York  10022
(212) 252-0004
ccarroll@cmk.com