UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
x------------------------------------------------------------------x
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, individually and as an assignee
and subrogee of Mechanical Dynamics & Analysis, LLC,
and LEXINGTON INSURANCE COMPANY,
individually and as an assignee and subrogee of
Mechanical Dynamics & Analysis, LLC,

Case No. 07-CV-11073 (WHP)

ECF Case

**NOTICE OF APPEARANCE**

           Plaintiffs,

 -against-

CONTINENTAL CASUALTY COMPANY,

           Defendant.
x------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel in this case for Defendant Continental Casualty Company, together with Christopher R. Carroll, Esq., by and through the law offices of Carroll, McNulty & Kull LLC, attorneys of record for Continental.

 I certify that I am admitted to practice in this Court.

Dated: New York, New York
   May 23, 2008

              Respectfully Submitted,

              CARROLL MCNULTY & KULL LLC

              _/s/ Eileen de Callies_
              BY: Eileen de Callies (ED 2938)
              Attorneys for Defendant Continental
                Casualty Company
              570 Lexington Avenue – Tenth Floor
              New York, New York  10022
              (212) 252-0004
              edecallies@cmk.com