**CMK CARROLLMCNULTYKULL** LLC
COUNSELLORS AT LAW

570 Lexington Avenue  120 Mountain View Boulevard
10th Floor  Post Office Box 650
New York, NY 10022  Basking Ridge, NJ 07920

212.252.0004 PHONE  908.848.6300 PHONE
212.252.0444 FAX  908.848.6310 FAX



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/08

**MEMO ENDORSED**

May 19, 2008

RECEIVED
MAY 20 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

**By Federal Express**

Hon. William H. Pauley, III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

Application granted.

SO ORDERED:

[signature]

WILLIAM H. PAULEY III U.S.D.J.
5/22/08

Re: *National Union Fire Insurance Company of Pittsburgh, PA v. Continental Casualty Company*
Case No.: 07-CV-11073 (WHP)

The initial pre-trial conference is adjourned to June 26, 2008 at 12:30 p.m.

Dear Justice Pauley:

We represent defendant Continental Casualty Company ("Continental") in the captioned matter and write on behalf of plaintiffs and defendant regarding the initial pretrial conference currently scheduled for May 23, 2008 at 10:30 a.m.

At this juncture, the parties have stipulated to extend Continental's time to respond to the Amended complaint to May 23, 2008. As a result, the parties respectfully request a thirty (30) day adjournment of the pretrial conference in order to (i) provide plaintiffs an opportunity to review and fully consider Continental's response to the Amended Complaint; and (ii) to provide the parties time to confer and prepare a Rule 26(f) report for submission to the Court pursuant to Your Honor's rules.

This is the parties' first joint request for such relief.

Respectfully submitted,

CARROLL, McNULTY & KULL L.L.C.

[signature]

Christopher R. Carroll (CC 0300)

cc: Kevin Szczepanski, Esq. (via Federal Express)