UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
x------------------------------------------------------------------x

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, individually and as an assignee and subrogee of Mechanical Dynamics & Analysis, LLC, and LEXINGTON INSURANCE COMPANY, individually and as an assignee and subrogee of Mechanical Dynamics & Analysis, LLC, | Case No. 07-CV-11073 (WHP)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

                              Plaintiffs,

    -against-

CONTINENTAL CASUALTY COMPANY,

                              Defendant.
x------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Continental Casualty Company, together with Eileen de Callies, Esq., by and through the law offices of Carroll, McNulty & Kull LLC, attorneys of record for Continental.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 23, 2008

                                          Respectfully Submitted,

                                          CARROLL MCNULTY & KULL LLC

                                          _____
                                          BY:  Christopher R. Carroll (CC 0300)
                                          Attorneys for Defendant Continental
                                             Casualty Company
                                          570 Lexington Avenue – Tenth Floor
                                          New York, New York  10022
                                          (212) 252-0004
                                          ccarroll@cmk.com