UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, individually and as an assignee
and subrogee of Mechanical Dynamics & Analysis,
LLC, and LEXINGTON INSURANCE COMPANY,
individually and as an assignee and subrogee of
Mechanical Dynamics & Analysis, LLC,

        Plaintiffs,

v.              Case No. 07-CV-11073(WHP)
                ECF CASE
CONTINENTAL CASUALTY COMPANY,

        Defendant.

---

## NOTICE OF APPEARANCE

I hereby appear on behalf of the plaintiffs and request service of all subsequent pleadings, notices, and other papers.

Dated: May 27, 2008

        HODGSON RUSS LLP
        *Attorneys for Plaintiffs*

        _____
        Kevin D. Szczepanski (KS1599)
        The Guaranty Building
        140 Pearl Street, Suite 100
        Buffalo, New York 14202-4040
        (716) 856-4000
        kds@hodgsonruss.com

        The Lincoln Building
        60 East 42nd Street, 37th Floor
        New York, New York 10165-0150
        (212) 661-3535

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, individually and as an assignee
and subrogee of Mechanical Dynamics & Analysis,
LLC, and LEXINGTON INSURANCE COMPANY,
individually and as an assignee and subrogee of
Mechanical Dynamics & Analysis, LLC,

          Plaintiffs,

 v.               Case No. 07-CV-11073(WHP)
                  ECF CASE
CONTINENTAL CASUALTY COMPANY,

          Defendant.

---

## CERTIFICATE OF SERVICE

 I hereby certify that on May 27, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Eileen De Callies
  edecallies@cmk.com

2. Patrick Matthew Tomovic
  ptomovic@hodgsonruss.com
  efilingbflo@hodgsonruss.com
  llazarus@hodgsonruss.com

Notice will be delivered by other means to:

1. Alba Alessandro
  Hodgson Russ LLP
  60 East 42nd Street, 37th Floor
  New York, New York 10165

Dated: May 27, 2008

                    **HODGSON RUSS LLP**
                    *Attorneys for Plaintiffs*

                    Kevin D. Szczepanski (KS1599)
                    The Guaranty Building
                    140 Pearl Street, Suite 100
                    Buffalo, New York 14202
                    (716) 856-4000

                    The Lincoln Building
                    60 East 42nd Street, 37th Floor
                    New York, New York 10165-0150
                    (212) 661-3535

042941/00030 BFLODOCS 2308271v1