UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
x------------------------------------------------------------------x
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, individually and as an assignee
and subrogee of Mechanical Dynamics & Analysis, LLC,
and LEXINGTON INSURANCE COMPANY,
individually and as an assignee and subrogee of
Mechanical Dynamics & Analysis, LLC,

Case No. 07-CV-11073 (WHP)

ECF Case

                                                          Plaintiffs,
      -against-

CONTINENTAL CASUALTY COMPANY,

                                                          Defendant.
x------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, I electronically filed an Answer with Counterclaims, Rule 7.1 Disclosure Statement and Notice of Appearance of Eileen de Callies, Esq. and on May 27, 2008, I electronically filed a Notice of Appearance of Christopher R. Carroll, Esq. on behalf of Defendant, Continental Casualty Company, with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

    1.    Patrick Matthew Tomovic
           ptomovic@hodgsonruss.com
           efilingbflo@hogsonruss.com
           llazarus@hodgsonruss.com

All of the foregoing pleadings have been served via Federal Express on May 28, 2008 to:

    Alba Alessandro
    Hodgson Russ LLP
    60 East 42nd Street, 37th Floor
    New York, New York 10165

Dated: May 28, 2008

                                      CARROLL, McNULTY & KULL L.L.C.

                                      _____
                                      Eileen de Callies
                                      *Attorneys for Defendant,*
                                      *Continental Casualty Company*
                                      570 Lexington Avenue, 10th Floor
                                      New York, New York 10022
                                      (212) 252-0004