UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, individually and as an assignee
and subrogee of Mechanical Dynamics & Analysis,
LLC, and LEXINGTON INSURANCE COMPANY,
individually and as an assignee and subrogee of
Mechanical Dynamics & Analysis, LLC,

                                      Plaintiffs,

       v.

CONTINENTAL CASUALTY COMPANY,

                                      Defendant.

STIPULATION

Civil No. 07-CV-11073 (WHP)
ECF CASE

---

       IT IS HEREBY STIPULATED that the time for plaintiffs/counter-defendants NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and LEXINGTON INSURANCE COMPANY to respond to or move against the counter-claims asserted in the Answer to Amended Complaint filed by CONTINENTAL CASUALTY COMPANY in this action be, and the same hereby is, extended to and including June 23, 2008.

Dated: New York, New York
        June 6, 2008

_____
Kevin D. Szczepanski (KS 1599)
HODGSON RUSS LLP
Attorneys for Plaintiffs
140 Pearl Street, Suite 100
Buffalo, New York 14202
(716) 848-1485
kds@hodgsonruss.com

_____
Eileen de Callies (ED 2938)
CARROLL, MCNULTY & KULL LLC
Attorneys for Defendant Continental
Casualty Company
570 Lexington Avenue - Tenth Floor
New York, New York 10022
(212) 252-0004
edecallies@cmk.com