```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, individually and as an assignee
and subrogee of Mechanical Dynamics & Analysis,
LLC, and LEXINGTON INSURANCE COMPANY,
individually and as an assignee and subrogee of
Mechanical Dynamics & Analysis, LLC,

        Plaintiffs,

v.

CONTINENTAL CASUALTY COMPANY,

        Defendant.

---

STIPULATION

Civil No. 07-CV-11073 (WHP)
ECF CASE

IT IS HEREBY STIPULATED that the time for plaintiffs/counter-defendants NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and LEXINGTON INSURANCE COMPANY to respond to or move against the counter-claims asserted in the Answer to Amended Complaint filed by CONTINENTAL CASUALTY COMPANY in this action be, and the same hereby is, extended to and including June 23, 2008.

Dated: New York, New York
    June 6, 2008

_____
Kevin D. Szczepanski (KS 1599)
HODGSON RUSS LLP
Attorneys for Plaintiffs
140 Pearl Street, Suite 100
Buffalo, New York 14202
(716) 848-1485
kds@hodgsonruss.com

_____
Eileen de Callies (ED 2938)
CARROLL, MCNULTY & KULL LLC
Attorneys for Defendant Continental
Casualty Company
570 Lexington Avenue - Tenth Floor
New York, New York 10022
(212) 252-0004
edecallies@cmk.com

000160/01236 BFLODOCS 2318458v1

_____
U.S.D.J.
6/10/08