USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, individually and as an assignee and subrogee of Mechanical Dynamics & Analysis, LLC, and LEXINGTON INSURANCE COMPANY, individually and as an assignee and subrogee of Mechanical Dynamics & Analysis, LLC,

    Plaintiffs,

v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

STIPULATION

Civil No. 07-CV-11073 (WHP)

RECEIVED JUN 23 2008 CHAMBERS OF WILLIAM H. PAULEY III U.S.D.J.

---

    IT IS HEREBY STIPULATED that the time for plaintiffs/cross defendants National Union Fire Insurance Company of Pittsburgh, PA and Lexington Insurance Company to respond to or move against the cross-claims asserted in the Amended Complaint filed by Continental Casualty Company in this action be, and the same hereby is, extended to and including June 30, 2008.

Dated: Buffalo, New York
       June 23, 2008

_____
Kevin D. Szczepanski (KS 1599)
HODGSON RUSS LLP
*Attorneys for Plaintiffs*
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
(716) 856-4000
kds@hodgsonruss.com

_____
Eileen de Callies (ED 2938)
CARROLL, MCNULTY & KULL LLC
*Attorneys for Defendant Continental Casualty Company*
570 Lexington Avenue - Tenth Floor
New York, New York 10022
(212) 252-0004
ccarroll@cmk.com

000160/01236 BFLODOCS 2318458v2

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
6/25/08