UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
x------------------------------------------------------------------x
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, individually and as an assignee
and subrogee of Mechanical Dynamics & Analysis, LLC,
and LEXINGTON INSURANCE COMPANY,
individually and as an assignee and subrogee of
Mechanical Dynamics & Analysis, LLC,

                                Plaintiffs,

    -against-

CONTINENTAL CASUALTY COMPANY,

                                Defendant.
x------------------------------------------------------------------x

Case No. 07-CV-11073 (WHP)

ECF Case

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

Upon the motion of Eileen de Callies, Esq., attorney for Defendant and said sponsor attorney's Affirmation in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Margaret F. Catalano, Esq. |
| Firm Name: | Carroll, McNulty & Kull L.L.C. |
| Address: | 120 Mountain View Boulevard<br>P.O. Box 650 |
| City/State/Zip: | Basking Ridge, New Jersey 07920 |
| Phone Number: | (908) 848-6300 |
| Fax Number: | (908) 848-6310 |

is admitted to practice *pro hac vice* as counsel for Continental Casualty Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro had vice* fee to the Clerk of the Court.

Dated: New York, New York

                                        William H. Pauley, III, U.S.D.J.

6/26/08