USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
NATIONAL UNION FIRE INSURANCE       :
COMPANY OF PITTSBURGH, PA, et ano.,
                                    :     07 Civ. 11073 (WHP)
              Plaintiffs,
                                    :     SCHEDULING ORDER
      -against-
                                    :
CONTINENTAL CASUALTY COMPANY,
                                    :
              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

      All counsel in this action having appeared before the Court for an initial pretrial conference on June 27, 2008, the following schedule is established on consent of the parties:

1. The parties shall complete all discovery by December 17, 2008;

2. The parties shall submit a joint pretrial order in accord with this Court's Individual Practices by January 23, 2009; and

3. A final pretrial conference shall be held on January 30, 2009 at 11:30 a.m.

Dated: June 27, 2008
      New York, New York

                          SO ORDERED:

                           WILLIAM H. PAULEY III
                           U.S.D.J.

*Counsel of record:*

Kevin Douglas Szczepanski, Esq.
Hodgson Russ Andrews Woods & Goody, LLP
1800 M&T Plaza, Suite 2000
Buffalo, NY 14203
*Counsel for Plaintiffs*

Christopher R. Carroll, Esq.
Carroll, McNulty & Kull L.L.C.
120 Mountain View Boulevard
Basking Ridge, NJ 07920
*Counsel for Defendant*